# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFF LUCAS,<br><br>                                Plaintiff,<br><br>-against-<br><br>VERIZON COMMUNICATIONS INC and VERIZON MEDIA, INC.,<br><br>                                Defendant. | Civil Action No.:<br><br>*Electronically Filed* |

## **DECLARATION OF RON JOHNSTONE**

I, Ron Johnstone, hereby declare:

1.      I submit this declaration in support of Defendant Verizon Communications Inc., d/b/a Verizon Media, Inc.'s[1], ("Verizon Media" or the "Company") Notice of Removal.

2.      I am Vice President, Deputy General Counsel, Employment Counsel Law for Verizon Media.

3.      In my position with Verizon Media, I know and understand the corporate structure of Verizon Media, and the location and function of the Company's headquarters and principal place of business.

4.      I know the facts in this declaration to be true of my own personal knowledge or based on records kept in the Company's ordinary course of business.

5.      If called as a witness, I could and would testify competently under penalty of perjury to the matters set forth in this declaration.

---

[1]      Plaintiff identified the incorrect legal entity in his Complaint.  Plaintiff was employed by Verizon Communications, Inc., d/b/a Verizon Media, Inc.

6. Verizon Media is a corporation organized under the laws of the State of Delaware and maintains its principal place of business in the State of New Jersey.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July 2020.

*Ron Johnstone*

NOTARY
Dated: July 17, 2020

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
THERESA M. MYERS, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires October 12, 2021

2