# EXHIBIT 3

**NYSCEF**
New York County Supreme Court

**Document List**
**Index # 652529/2020**

Created on: 07/17/2020 12:42 PM

Case Caption: **Jeff Lucas v. Verizon Communications, Inc. et al**
Judge Name: **Jennifer Schecter**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 06/22/2020 | Silverberg, S. |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED ) - *Corrected* <br> Proposed Order to Show Cause with Temporary Restraints | Pending | 06/24/2020 | Manber, M. |
| 3 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP <br> Affirmation of Damian R. Cavaleri | Processed | 06/24/2020 | Manber, M. |
| 4 | EXHIBIT(S) <br> Exhibit 1 to Cavaleri Affirmation - AdAge article | Processed | 06/24/2020 | Manber, M. |
| 5 | EXHIBIT(S) <br> Exhibit 2 to Cavaleri Affirmation - RSU Agreement | Processed | 06/24/2020 | Manber, M. |
| 6 | EXHIBIT(S) <br> Exhibit 3 to Cavaleri Affirmation - Job Description | Processed | 06/24/2020 | Manber, M. |
| 7 | EXHIBIT(S) <br> Exhibit 4 to Cavaleri Affirmation - April 3, 2020 letter | Processed | 06/24/2020 | Manber, M. |
| 8 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP <br> Affidavit of Jeff Lucas | Processed | 06/24/2020 | Manber, M. |
| 9 | MEMORANDUM OF LAW IN SUPPORT <br> Memorandum of Law in Support of Plaintiff's OSC for a Preliminary Injunction and TRO | Processed | 06/24/2020 | Manber, M. |
| 10 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 06/24/2020 | Manber, M. |
| 11 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 06/24/2020 | Manber, M. |
| 12 | NOTICE OF APPEARANCE (POST RJI) <br> Notice of Appearance of John P. Guyette | Processed | 06/25/2020 | Guyette, J. |
| 13 | LETTER / CORRESPONDENCE TO JUDGE <br> Letter Response to Plaintiff's Order to Show Cause | Processed | 06/25/2020 | Guyette, J. |
| 14 | EXHIBIT(S) <br> Exhibit A to Letter Response to Plaintiff's Order to Show Cause (Declaration of Ivan Markman) | Processed | 06/25/2020 | Guyette, J. |
| 15 | EXHIBIT(S) <br> Exhibit 1 to Markman Declaration (Confidentiality Agreement) | Processed | 06/25/2020 | Guyette, J. |
| 16 | EXHIBIT(S) <br> Exhibit 2 to Markman Declaration (Code of Conduct) | Processed | 06/25/2020 | Guyette, J. |
| 17 | EXHIBIT(S) <br> Exhibit 3 to Markman Declaration (2018 Agreement) | Processed | 06/25/2020 | Guyette, J. |
| 18 | EXHIBIT(S) <br> Exhibit 4 to Markman Declaration (Job Description) | Processed | 06/25/2020 | Guyette, J. |
| 19 | DECISION + ORDER ON MOTION | Processed | 06/29/2020 | Court User |
| 20 | NOTICE OF ENTRY | Processed | 06/29/2020 | Manber, M. |
| 21 | NOTICE OF MOTION <br> Notice of Unopposed Motion for Admission Pro Hac Vice | Processed | 07/01/2020 | Guyette, J. |

NYSCEF  
New York County Supreme Court

**Document List**  
**Index #  652529/2020**  Created on:07/17/2020 12:42 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| | of Larry L. Turner | | | |
| 22 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION<br>Affirmation of John P. Guyette in Support of Motion for Admission Pro Hac Vice of Larry L. Turner | Processed | 07/01/2020 | Guyette, J. |
| 23 | AFFIDAVIT OR AFFIRMATION IN SUPPORT<br>Affidavit of Larry L. Turner in Support of Motion for Admission Pro Hac Vice | Processed | 07/01/2020 | Guyette, J. |
| 24 | EXHIBIT(S)<br>Certificate of Good Standing | Processed | 07/01/2020 | Guyette, J. |
| 25 | ORDER ( PROPOSED ) | Processed | 07/01/2020 | Guyette, J. |
| 26 | ORDER - OTHER | Processed | 07/10/2020 | Court User |
| 27 | DECISION + ORDER ON MOTION | Processed | 07/10/2020 | Court User |
| 28 | COMPLAINT (AMENDED) | Pending | 07/17/2020 | Manber, M. |